BOARD OF HEALTH OF THE CITY OF PATERSON, APPELLANT, v. HYMAN COHEN, RESPONDENT.

Submitted July 6, 1915—Decided October 15, 1915.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"The question of the constitutionality of the act of 1908 authorizing a review by the president judge of the Court of Common Pleas of the summary conviction had before a magistrate, pursuant to chapter 228 of the laws of 1908, has recently been passed upon by this court in *Mayor and Common Council of City of Newark* v. *Kazinski,* 86 *N. J. L.* 59. The grounds upon which the court sustained the constitutionality of that legislation are equally applicable to the act of 1895, as amended in 1898 (*Comp. Stat., p.* 408), and we have nothing to do but follow our own previous decision in that respect.

"Upon examining the record of the Common Pleas it appears that the recorder was required to certify to that court the judgment and all the proceedings had in the case. We must assume that the proceedings certified by him are complete in accordance with the command of the Common Pleas. Upon examining them we fail to find any proof of section 29 of the plumbing code of the board of health of the city of Paterson, and the record, therefore, fails to show whether the charge presented in the complaint was or was not a violation of the ordinance. We think this is such a defect that the Common Pleas was justified in setting aside the conviction, and its judgment is therefore affirmed."

For the appellant, *Edward F. Merrey.*

For the respondent, *William Everett.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the *per curiam* opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   11.

*For reversal*—None.